**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MOHAMEDOU OULD SLAHI,    :
            :
    Petitioner,   :
            :
  v.        : Civil Action No. 05-0569 (JR)
            :
BARACK OBAMA, *et al.*,   :
            :
    Respondents.  :

## ORDER

Upon review of the relevant classified filings, the Petitioner's motion to supplement the traverse and the Petitioner's motion for admission of hearsay are **granted** as unopposed.

The Petitioner's renewed motion for discovery is **denied,** because nothing in the traverse has convinced me that the requested discovery now falls within the scope of section I.E.2 of the amended Case Management Order.

The Petitioner's motion to compel and for additional discovery is **denied.** The motion to compel is moot because the government has searched for responsive documents, and informed the Petitioner that it has found none. The motion for additional discovery is denied because the requested documents are not likely to materially undermine the government's case for detention.

The Petitioner's motion for exculpatory evidence provided to the Guantanamo Review Task Force and the Petitioner's

motion to discover standard operating procedures are **denied.**
Petitioner claims that the requested evidence would show that the
Petitioner is no longer a threat to the United States, but the
detainee's current dangerousness is not a relevant issue in these
proceedings under my interpretation of the Authorization of
Military Force.  See No. 05-2379, Awad v. Obama, Dkt. 178
(Memorandum Order Denying Writ of Habeus Corpus), at 7-8.

The Respondents' motion to supplement the record with
rebuttal evidence is **denied without prejudice.**  If, during or
after the merits hearing, it appears that the rebuttal evidence
is critical to the government's case for detention, I will
consider a renewed motion to admit the evidence.  Accordingly,
the Petitioner's conditional motion for extension of time is
**denied** as moot.

It is **SO ORDERED.**


JAMES ROBERTSON
United States District Judge